UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Venson Howard DESCHINE     Docket Number: 09-cr-00294-WYD-01

**Petition on Supervised Release**

COMES NOW, Robert Haberman, probation officer of the court, presenting an official report upon the conduct and attitude of Venson Howard Deschine, who was placed on probation by the Honorable Earl H. Carroll sitting in the court at Phoenix, Arizona, on the 8th day of May 2000, who fixed the period of supervised release at three years, and imposed the general terms and conditions theretofore adopted by the court and imposed no special conditions.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER a modification of the defendant's conditions of supervised release to include the following:

The defendant shall participate in a program of testing and treatment for substance/alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 21st day of August, 2009, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Robert Haberman |
| | Robert Haberman |
| | United States Probation Officer |
| s/ Wiley Y. Daniel | |
| Wiley Y. Daniel | Place: Colorado Springs, Colorado |
| Chief United States District Judge | |
| | Date: August 17, 2009 |

**ATTACHMENT**

On March 27, 2008, the conditions of supervised release were read and explained to the defendant. On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided with a copy of them.

On August 14, 2009, the defendant and his attorney executed a form entitled "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervised release.

On May 8, 2009, the defendant was arrested in Wheatland, Wyoming, and charged with Driving Under the Influence. The defendant notified the probation office of this arrest on May 9, 2009, when he was released from jail.

On May 12, 2009, the defendant appeared before the Circuit Court of Platte County in Wheatland, Wyoming, in Case Number CT-2009-1082, and pled guilty to Driving Under the Influence. The defendant was sentenced to 90 days jail suspended, 6 months unsupervised probation, and a $780.00 fines/fees.

On June 3, 2009, the Court in the District of Arizona was notified of the defendant's new conviction, and jurisdiction was requested so our district could address any further non-compliance in a timely manner.

On June 29, 2009, jurisdiction was transferred from the District of Arizona to the District of Colorado and assigned to Your Honor.

As reflected on the Waiver of Hearing to Modify Conditions of Probation/Supervised Release, executed by the defendant and defense counsel, all parties are in agreement to the proposed modification.